**Benton Tipsword et al., appellees, v. Charles E. Springstun et al., appellants.**
Suit to enjoin further prosecution of a forcible detainer suit and for an accounting for rents collected. Decree for complainant. Ap-

peal from the City Court of Pana; the Hon. Harry Stuttle, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.

Charles E. Springstun, *pro se*. E. E. Dowell, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.